UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:
Charles Drew Brannan, and                          Case No: 8:14-bk-07768-CPM
Christina Noel Brannan,

_____    *Debtors,*                      Chapter **13**

## NOTICE OF WITHDRAWAL OF
## PRELIMINARY HEARING ON OBJECTION TO CLAIM N0 4-2 OF CERASTES, LLC

Come now Debtors, by and through their undersigned attorney, to withdraw the Notice of Preliminary Hearing on Objection to Claim NO. 4-2 of Cerastes, LLC (Docket #28) as the wrong hearing notice was docketed in this case.

,

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Notice of Withdrawal of the Notice of Preliminary Hearing on Objection to Claim NO. 4-2 of Cerastes, LLC (Doc#28) has been mailed by US Mail, postage prepaid to:

Charles & Christina Brannan, 5527 Fairway Dr., Ridge Manor, FL 33523.
**Cerastes, LLC** c/o Reg. Ag.: CT Corporation Systems, 1200 S. Pine Island Rd., Plantation, FL 33324.
**Cerastes, LLC,** c/o Max Zeleski, Supervisor, c/o Weinstein, Pinson And Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121.
**Thomas C. Cefilli, Esq.,** at ThomasC@w-legal.com*
Jon Waage at jwflecf@trustee13.com; this 23rd day of January, 2015.
* Served electronically by ecf upon filing of the notice.

.                                        # Michael Barnett, P.A.
                                         by /s/ Michael Barnett
                                         Michael Barnett
                                         Fla. Bar # 500150
                                         506 N. Armenia Ave.
                                         Tampa, FL  33609-1703
                                         tel. (813) 870-3100
                                         facs (813) 877-4039
                                         mpa7@tampabay.rr.com